**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **EQUISTAR CHEMICALS, LP,** *et al.* | § | |
| | § | **CIVIL ACTION NO. 6:14CV68** |
| **vs.** | § | |
| | § | |
| **WESTLAKE CHEMICAL** | § | |
| **CORPORATION** | § | |
| | § | |

## ORDER

Before the Court are Defendant's Objections to Magistrate Judge Mitchell's Claim Construction Memorandum Opinion and Order (ECF 65) and Plaintiffs' Objections to Memorandum Opinion and Order Regarding Claim Construction (ECF 66).  The objections are directed to the undersigned's claim construction opinion.  Subsequent to the filing of the objections, the parties filed consent to proceed before a United States Magistrate Judge in accordance with 28 U.S.C. § 636, and the case was transferred to the undersigned as presiding judge.

Having reviewed the objections filed by the parties, the parties have not shown that the Memorandum Opinion and Order is "clearly erroneous or contrary to law."  28 U.S.C. § 636(b)(1)(A); FED. R. CIV. P. 72(a).  Accordingly, the objections (ECF 65 and 66) are **OVERRULED** and the Memorandum Opinion and Order is **ADOPTED**.

Oct 7, 2015

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE