UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**EQUISTAR CHEMICALS, LP and MSI TECHNOLOGY L.L.C.,**

**Plaintiffs,**

**v.**

**WESTLAKE CHEMICAL CORP.,**

**Defendant.**

**C.A. No. 6:14-cv-68**

## FINAL VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Final Jury Instructions.

**I.** Did **Plaintiffs** prove by a preponderance of the evidence that Defendant literally infringes the following claims of U.S. Patent No. 7,064,163:

**Write "Yes" or "No" for each Claim.**

| Claim | Infringement? |
|---|---|
| 1 | No |
| 2 | No |
| 9 | No |
| 10 | No |

**II.** Did **Defendant** prove by clear and convincing evidence that any of the asserted claims of the '163 patent are invalid?

**If you find the claim invalid, answer "Yes," otherwise, answer "No."**

| Claim | Invalid? |
|---|---|
| 1 | No |
| 2 | No |
| 9 | No |
| 10 | No |

IF YOU ANSWERED "YES" IN QUESTION I TO FIND A CLAIM WAS INFRINGED, AND YOU ANSWERED "NO" TO QUESTION II FOR THAT SAME CLAIM TO FIND IT IS VALID, THEN ANSWER THIS QUESTION. OTHERWISE, DO NOT ANSWER THIS QUESTION.

**III.** What sum of money, if any, if paid now in cash, do you find that **Plaintiffs** proved by a preponderance of the evidence would fairly and reasonably compensate Plaintiffs for infringement of the '163 patent by Defendant through December 31, 2015?

A. *Lost Profits*

$______________________________

B. *Reasonable Royalty*

$______________________________

IF YOU PROVIDED AN ANSWER TO QUESTION III, THEN ANSWER THIS QUESTION. OTHERWISE, DO NOT ANSWER THIS QUESTION.

**IV.** Did **Plaintiffs** prove by clear and convincing evidence that Defendant's infringement was willful?

**Write "Yes" or "No."**