# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EQUISTAR CHEMICALS, LP and MSI TECHNOLOGY L.L.C., <br><br>    Plaintiffs, <br><br> v. <br><br> WESTLAKE CHEMICAL CORP., <br><br>    Defendant. | C.A. No. 6:14-cv-68 |

## ORDER

On this date, the parties came to be heard on Defendant's Motion to Extend Page Limit (the "Motion"). After considering this Motion, the Court finds that it is well-taken and should be approved.

Accordingly, Defendant's Motion is hereby **GRANTED**. The page limit for Defendant's 50(a) Motion for Judgment as a Matter of Law is hereby extended up to and including 20 pages.

So ORDERED and SIGNED this 11th day of March, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE