Case 6:14-cv-00068-KNM Document 206 Filed 03/14/16 Page 1 of 2 PageID #: 14628

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **EQUISTAR CHEMICALS, LP,** *et al.* | § § § § | |
| **v.** | § § § § § | **CIVIL ACTION NO. 6:14-CV-68** |
| **WESTLAKE CHEMICAL CORPORATION** | § § § § § § | |

**FINAL JUDGMENT**

A jury trial commenced in this case on March 7, 2016, and the jury reached and returned its verdict on March 11, 2016 (ECF 204). The jury reached a unanimous verdict finding no infringement and also finding that the asserted claims were not invalid regarding U.S. Patent No. 7,064,163. Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendant Westlake Chemical Corporation does not infringe any of the asserted claims of U.S. Patent No. 7,064,163. Accordingly, Plaintiffs shall take nothing against Westlake Chemical Corporation as a part hereof.

2. The asserted claims are not invalid.

3. Westlake Chemical Corporation is declared to be the prevailing party, and as the prevailing party, Westlake Chemical Corporation shall recover its costs from Plaintiffs.

4. Any and all pending motions as between Plaintiffs Equistar Chemicals, LP and MSI Technology LLC and Defendant Westlake Chemical Corporation are **DENIED**.

So ORDERED and SIGNED this 14th day of March, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE