IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **EQUISTAR CHEMICALS, LP and MSI TECHNOLOGY L.L.C.,** <br> **Plaintiffs,** <br><br> v. <br><br> **WESTLAKE CHEMICAL CORP.,** <br><br> **Defendant.** | Civil Action No. 6:14-CV-0068 |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Equistar Chemicals, LP and MSI Technology L.L.C. (collectively "Plaintiffs") in the above-entitled case, appeals the District Court's denial of Plaintiffs' Motion for Relief from Judgement and a New Trial or in the Alternative for Additional Discovery (Docket No. 225), Plaintiffs' Renewed Motion for Judgement as a Matter of Law of Infringement of in the Alternative for a New Trial (Docket No. 224), including all decisions, orders, and judgments subsidiary or subsumed therein to the United States Court of Appeals for the Federal Circuit.

**Plaintiffs' Notice Of Appeal – Page 1**

Dated: January 30, 2017                                Respectfully submitted,

                                                              **FISH & RICHARDSON P.C.**

                                                              */s/ Michael A. Bittner*
                                                              Thomas M. Melsheimer
                                                              Texas Bar No. 13922550
                                                              melsheimer@fr.com
                                                              Michael A. Bittner
                                                               Texas Bar No. 24064905
                                                              bittner@fr.com
                                                              1717 Main Street, Suite 5000
                                                              Dallas, Texas 75201
                                                              Telephone: (214) 207-5071
                                                              Facsimile: (214) 207-2091

                                                              E. Danielle T. Williams
                                                              North Carolina Bar No. 23283
                                                              Georgia Bar No. 349081
                                                              dwilliams@fr.com
                                                              1180 Peachtree St., NE, 21st Floor
                                                              Atlanta, GA 30039
                                                              Telephone: (404) 892-5005
                                                              Facsimile: (404) 892-5002

                                                              Conrad Gosen
                                                              Minnesota Bar No. 0395381
                                                              gosen@fr.com
                                                              3200 RBC Plaza
                                                              60 South Sixth Street
                                                              Minneapolis, MN 55402
                                                              Telephone: (612) 335-5070
                                                              Facsimile: (612) 288-9696

                                                              **ATTORNEYS FOR PLAINTIFFS**
                                                              **EQUISTAR CHEMICALS, LP &**
                                                              **MSI TECHNOLOGY, L.L.C.**

**Plaintiffs' Notice Of Appeal – Page 2**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 30, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                              */s/ Michael A. Bittner*
                                              Michael A. Bittner

**Plaintiffs' Notice Of Appeal – Page 3**