**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **EQUISTAR CHEMICALS, LP and MSI TECHNOLOGY L.L.C.,**<br>   **Plaintiffs,**<br><br>**v.**<br><br>**WESTLAKE CHEMICAL CORP.,**<br><br>   **Defendant.** | **Civil Action No. 6:14-CV-0068** |

# PARTIES' JOINT MOTION TO STAY

Plaintiffs Equistar Chemicals, LP and MSI Technology L.L.C., and Defendant Westlake Chemical Corp. provide notice to the Court that the parties have made progress on a settlement in principle. Although the Federal Circuit's mandate has issued (Dkt. No. 263), the parties respectfully request that this Court stay any further proceedings while the parties formalize their settlement in writing and then file the necessary dismissal with the Court.

| | |
|---|---|
| Dated: August 13, 2018 | Respectfully submitted,<br><br>*/s/ Michael A. Bittner*<br>Thomas M. Melsheimer<br>tmelsheimer@winston.com<br>Michael A. Bittner<br>mbittner@winston.com<br>Winston & Strawn, LLP<br>2501 N. Harwood Street, 17th Floor<br>Dallas, TX 75201<br><br>Elizabeth Danielle Williams<br>dwilliams@winston.com<br>Winston & Strawn, LLP<br>100 N. Tryon Street, Suite 2900<br>Charlotte, NC 28202<br><br>Conrad Gosen<br>gosen@fr.com<br>Fish & Richardson P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br><br>**ATTORNEYS FOR PLAINTIFFS EQUISTAR CHEMICALS, LP & MSI TECHNOLOGY, L.L.C.** |

By: /s/ *Richard F. Whiteley*
Richard F. Whiteley
State Bar No. 24013744
Stacianne M. Wilson
State Bar No. 24070863
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 – Telephone
(713) 221-1212 – Facsimile
Richard.Whiteley@bracewelllaw.com
Staci.Wilson@ bracewelllaw.com

KING & SPALDING LLP

By: /s/ *John H. Barr, Jr.*
John H. Barr, Jr.
State Bar No. 00783605
1100 Louisiana St., Suite 4000
Houston, Texas 77002
(713) 751-3200 Telephone
(713) 751-3290 Facsimile
jbarr@kslaw.com

ATTORNEYS FOR DEFENDANT
WESTLAKE CHEMICAL CORP.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 13, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michael A. Bittner*
Michael A. Bittner