**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **EQUISTAR CHEMICALS, LP and MSI TECHNOLOGY L.L.C.,**<br>    **Plaintiffs,**<br><br>v.<br><br>**WESTLAKE CHEMICAL CORP.,**<br><br>    **Defendant.** | Civil Action No. 6:14-CV-0068 |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY Plaintiffs Equistar Chemicals, LP and MSI Technology L.L.C. (collectively, "Plaintiffs") and Defendant Westlake Chemical Corp. ("Defendant") for consideration of their Joint Motion to Dismiss all claims and counterclaims for relief asserted in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs' claims for relief against Defendant, and Defendant's counterclaims for relief against Plaintiffs asserted in this case are hereby dismissed **WITH PREJUDICE**.  It is further

**ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them (unless otherwise agreed in writing by the parties).

The Clerk is directed to close this case.

So ORDERED and SIGNED this 27th day of September, 2018.

_K. Nicole Mitchell_
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE